IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHARON BEGAY-McCABE,
Individually, and as Administrator for the
Estate of Sharinda Felocita Chavez,

      Plaintiff,

v.                                                                                  CV 13-1052 RB/CG

UNITED STATES OF AMERICA,

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, August 28, 2014, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE