## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SHARON BEGAY-MCABE, Individually,**
**And as Administrator for the Estate**
**Of SHARINDA FELOCITA CHAVEZ, Deceased,**

    **Plaintiffs,**

vs.                                    No. 1:13-CV-1052 RB/CG

**THE UNITED STATES OF AMERICA,**

    **Defendant.**

## STIPULATION OF DISMISSAL

Plaintiff and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear its own costs.

This stipulation is entered into in accordance with the provisions of Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedure.

                                                     Respectfully submitted,

                                                     DAMON P. MARTINEZ
                                                     United States Attorney

                                                     /S/ electronically filed August 15, 2014
                                                     ROBERTO D. ORTEGA
                                                     Assistant United States Attorney
                                                     P.O. Box 607
                                                     Albuquerque, NM 87103
                                                     505.346.7274
                                                     Roberto.ortega@usdoj.gov

Electronic approval August 14, 2014
THEODORE W. BARUDIN
7900 Menaul Blvd NE
Albuquerque, NM 87110-4606
(505) 332-1800
Attorney for Plaintiff
Barudinlaw@aol.com
